AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| CHOO LEE TAN a/k/a Molly Tan, on behalf of herself and others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> SHK MANAGEMENT INC. et al. <br><br> *Defendant(s)* | Civil Action No. 16-cv-9302 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Attached Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  TROY LAW, PLLC
John Troy
41-25 Kissena Blvd, Suite 119
Flushing, NY 11355

Tel: (718) 762-1324

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  12/01/2016             /S/ D. Gonzalez
                    *Signature of Clerk or Deputy Clerk*

SHK MANAGEMENT INC.
     d/b/a AKA Central Park Hotel; and
     d/b/a Korman Communities, Inc,
42 West 58th Street
New York, NY 10019

STEVEN H. KORMAN,
42 West 58th Street
New York, NY 10019

LAWRENCE KORMAN,
42 West 58th Street
New York, NY 10019

BRADLEY I. KORMAN
42 West 58th Street
New York, NY 10019

MARK KORMAN
42 West 58th Street
New York, NY 10019

KATHLEEN M. PALMEN
42 West 58th Street
New York, NY 10019

ROBERT S. GROSSMAN
42 West 58th Street
New York, NY 10019

JAQUELINE AUSTIN a/k/a Jackie Austin
42 West 58th Street
New York, NY 10019

MARIZELA ALFARO
42 West 58th Street
New York, NY 10019

**CHOO LEE TAN on behalf of herself and others similarly situated v. SHK MANAGEMENT, INC. d/b/a AKA Central Park Hotel and d/b/a Korman Communities, Inc., et al.**

**Summons Rider**