Presta, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHOO LEE TAN a/k/a Molly Tan,
On behalf of herself and others similarly situated,

              Plaintiff,

**PURSUANT**
  against

SHK MANAGEMENT INC., et al.,

              Defendants.

Case No. 1:16-cv-09302 (LAP)

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**TO F.R.C.P. 41**

---

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that the following Counts, in whole or in part, as defined below in the above-captioned action are hereby dismissed without prejudice against SHK Management, Inc., Marizela Alfaro, Steven Korman, Lawrence Korman, Bradley Korman, and Robert Grossman (collectively referred to as "Defendants"), with each party to bear its own costs.

| | |
|---|---|
| Count III (All Defendants) | Violation of New York Labor Law – Failure to Provide Meal Periods Brought on behalf of Plaintiff and Rule 23 Class |
| Count IV (All Defendants) | Violation of New York Labor Law – Record-keeping Requirements Brought on behalf of Plaintiff and Rule 23 Class |
| Count V (All Defendants) | Violation of New York Labor Law – Time of Hire Wage Notice Requirement Brought on behalf of Plaintiff and Rule 23 Class |
| Count VIII as against Marizela Alfaro only | Racial Discrimination in Violation of Title VII of Civil Rights Act of 1964, 42 U.S.C. § 2000(e) et. seq. |
| Count IX as against Marizela Alfaro only | National Origin Discrimination in Violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) et. seq. |

LEGAL\29906575\1

SO STIPULATED:

TROY LAW, PLLC

_____
John Troy
Attorneys for Plaintiff
41-25 Kissena Blvd., Suite 119
Flushing, New York 11355
(718) 762-1324

COZEN O'CONNOR

_____
John Ho
277 Park Avenue
New York, New York 10172
(212) 883-4927
(212) 883-4927
Attorneys for SHK Management, Inc.
Steven Korman
Lawrence Korman
Bradley Korman
Robert Grossman
Marizela Alfaro

So-Ordered:

_____
The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York

Date: 5/8/17