UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
CHOO LEE TAN,                       :
                                    :
            Plaintiff,              :    16 Civ. 9302 (LAP)
                                    :
    -against-                       :    Order
                                    :
SHK MANAGEMENT INC., et al.,        :
                                    :
            Defendants.             :
                                    :
------------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

On November 16, 2017, the Court heard oral argument on Defendants' motion for partial summary judgment. (See ECF No. 26). For the reasons stated on the record, Defendants' motion is granted.

SO ORDERED.

Dated:   New York, New York
         November 21, 2017

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge