UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



CHOO LEE TAN,

        *Plaintiff,*

-against-

SHK MANAGEMENT, INC., et al.,

        *Defendants.*

Case No. 16-CV-9302 (LAP)

**STIPULATION OF DISMISSAL
WITH PREJUDICE
PURSUANT TO RULE 41**

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the undersigned counsel hereby stipulate that the above captioned action shall be dismissed with prejudice.

SO STIPULATED:

TROY LAW, PLLC

*/s/ John Troy*
John Troy
Kibum Byun
41-25 Kissena Blvd., Suite 119
Flushing, New York 11355
(718) 762-1324
Attorneys for Plaintiff

COZEN O'CONNOR

*/s/*
Jeffrey I. Pasek
John Ho
277 Park Avenue
New York, New York 10172
(212) 883-4900
Attorneys for SHK Management, Inc.
Steven Korman, Lawrence Korman,
Bradley Korman, Robert Grossman,
Marizela Alfaro

SO ORDERED:

_____
The Honorable Loretta A. Preska
United States District Court Judge
Southern District of New York

Date: March 14, 2018

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
*/s/ Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.